STEPHEN G. LARSON (SBN 145225)
Email: slarson@larsonobrienlaw.com
PAUL A. RIGALI (SBN 262948)
Email: prigali@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
Email: rcharlan@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile: (213) 623-2000

Attorneys for Petitioners
MARCIANO ABADILLA, et al.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| MARCIANO ABADILLA, et al., <br><br> Petitioners, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Respondent. | Case No. 3:18-CV-07343-KAW <br><br> **DECLARATION OF PAUL RIGALI IN SUPPORT OF MOTION TO COMPEL ARBITRATION** <br><br> Date: January 17, 2019 <br> Time: 1:30 p.m. <br> Judge: Hon. Kandis A. Westmore <br><br> Action filed: December 5, 2018 |

**DECLARATION OF PAUL A. RIGALI**

I, Paul A. Rigali, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the California, and I am a partner at the law firm of Larson O'Brien LLP, counsel of record in this matter. I have personal knowledge of the facts stated herein, except where stated otherwise, and if called upon as a witness, I could and would testify competently thereto.

2. This declaration is submitted in support of Petitioners' Motion to Compel Arbitration.

3. To date, 12,501 individual arbitration demands have been submitted to JAMS on behalf of Petitioners by Keller Lenkner, LLP, broken down as follows:

- August 13, 2018 – 400 individual demands
- September 5, 2018 – 1,046 individual demands
- September 18, 2018 – 2,194 individual demands
- September 28, 2018 – 1,285 individual demands
- October 8, 2018 – 1,834 individual demands
- October 15, 2018 – 1,215 individual demands
- October 22, 2018 – 998 individual demands
- October 30, 2018 – 1,191 individual demands
- November 6, 2018 – 1,030 individual demands
- November 13, 2018 – 1,346 individual demands

A small percentage of individuals have requested that their demands be withdrawn, which we have done.

4. To date, Uber has paid the filing fees for 296 of the 12,501 outstanding arbitration demands. This represents less than 2.5% of such demands. Some individuals who served demands on August 13 have yet to have their filing fees paid. No individual who served a demand after has had their filing fee paid.

5. Of the 296 arbitrations that have commenced, 47 have proceeded through the strike process, and Uber has paid the initial arbitrator retainer for 6

arbitrations.

6. Attached hereto as **Exhibit A** is a true and correct copy of the Rasier, LLC Technology Services Agreement, last updated December 11, 2015.

7. Attached hereto as **Exhibit B** is a true and correct copy of the Portier, LLC Technology Services Agreement, last updated August 26, 2016.

8. Attached hereto as **Exhibit C** is a true and correct copy of Uber Technologies, Inc. and Hirease, LLC's joint opening brief, filed on October 21, 2015, in Case Nos. 15-16178, 15-16181, and 15-16250 ("Mohamed Opening Brief").

9. Attached hereto as **Exhibit D** is a true and correct copy of Uber Technologies, Inc. and Hirease, LLC's joint reply brief, filed on February 26, 2016, in Case Nos. 15-16178, 15-16181, and 15-16250 ("Mohamed Reply Brief").

10. Attached hereto as **Exhibit E** is a true and correct copy of Travis Kalanick and Uber Technologies, Inc.'s opening brief, filed on November 1, 2016, in Case No. 16-2750 (L) ("Meyer Opening Brief").

11. Attached hereto as **Exhibit F** is a true and correct copy of Uber Technologies, Inc. and Raiser, LLC's motion to stay proceedings pending appeal, filed on August 5, 2015, in Case Nos. 15-16178 and 15-16181 ("Motion to Stay").

12. Attached hereto as **Exhibit G** is a true and correct copy of Travis Kalanick and Uber Technologies, Inc.'s reply brief, filed on December 15, 2016, in Case No. 16-2750 (L) ("Meyer Reply Brief").

13. Attached hereto as **Exhibit H** is a true and correct copy of Uber Technologies, Inc. and Raiser, LLC's opening brief, filed on May 3, 2017, in Case Nos. 14-16078, 15-17420, 15-17422, 15-17475, 15-17532, 15-17533, 15-17534, 16-15000, 16-15001, 16-15035, and 16-15595 ("O'Connor Opening Brief").

14. Attached hereto as **Exhibit I** is a true and correct copy of e-mail correspondence dated August 17, 2018.

///

15. Attached hereto as **Exhibit J** is a true and correct copy of e-mail correspondence dated September 3, 2018.

16. Attached hereto as **Exhibit K** is a true and correct copy of a spreadsheet created by JAMS containing 47 filing fees it received.

17. Attached hereto as **Exhibit L** is a true and correct copy of a spreadsheet created by JAMS containing 33 filing fees it received.

18. Attached hereto as **Exhibit M** is a true and correct copy of a spreadsheet created by JAMS containing 216 filing fees it received.

19. Attached hereto as **Exhibit N** is a true and correct copy of e-mail correspondence dated October 15, 2018.

20. Attached hereto as **Exhibit O** is a true and correct copy of e-mail correspondence dated November 14, 2018.

21. Attached hereto as **Exhibit P** is a true and correct copy of e-mail correspondence dated November 13, 2018.

22. Attached hereto as **Exhibit Q** is a true and correct copy of a collection of e-mail correspondence from JAMS to Uber, informing Uber of outstanding filing fees and its effect on the commencement of arbitrations.

23. Attached hereto as **Exhibit R** is a true and correct copy of Uber Technologies, Inc.'s motion to compel arbitration, filed on April 26, 2018, in Case No. 3:15-cv-00262-EMC ("Yucesoy Motion to Compel").

24. Attached hereto as **Exhibit S** is a spreadsheet of Claimants' arbitration demands.

25. Attached hereto as **Exhibit T** is a true and correct copy of JAMS's Fee Schedule.

Executed this 5th day of December, 2018 at Los Angeles, California.

/s/ *Paul A. Rigali*
PAUL A. RIGALI