# EXHIBIT I

**From:** Warren Postman
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter
**Date:** Friday, August 17, 2018 1:02:27 PM

Sophia,

In advance of our call on Wednesday (please confirm the time), I have included below a proposed framework for an alternative arbitration process that does not involve us filing thousands of individual arbitrations before JAMS.  This is to get the discussion started. We are happy to consider other approaches you might suggest in advance of our call Wednesday.

However, if we haven't made meaningful progress toward an alternative approach by COB Wednesday, we will assert our clients' right to proceed through the JAMS process identified in the arbitration agreement.  That process can't start until the JAMS filing fee is paid, and Uber is responsible for the full fee as outlined in our demand letter.  Please tell me now if Uber disagrees with this position, as that will be material to our discussions over the next week.

**Framework for Alternative Arbitration Model**

- Bellwether process: Uber and Keller Lenkner select 9 bellwether arbitrations – 3 with drivers from SF, 3 with drivers from LA, and 3 with drivers from Mass.

- Tolling: Uber agrees to toll all related claims for other Uber drivers who are Keller Lenkner clients pending the bellwethers.

- Selecting bellwether plaintiffs: Uber will first identify any Keller Lenkner client whom it believes would not have a claim for unpaid wages even if they were an employee.  Keller Lenkner will then identify a list of 20 clients who are willing to serve as a bellwether plaintiff.  Uber picks the bellwethers from that list. Bellwether plaintiffs will receive an incentive award of double their recovery in return for their service.

- Arbitrator selection: JAMS will supply a list of 39 arbitrators, all of whom shall be former federal judges.  Each side will make alternating strikes, with 15 strikes per side.

- Rules: Arbitrations will be conducted under the Federal Rules of Civil Procedure, but the arbitrator will expedite proceedings and a final award must be issued within one year.

- Location: To facilitate travel from both coasts, the arbitrations will take place in Chicago.

- Post-bellwether mediation: Within 30 days after the conclusion of the 9 bellwethers, the parties will commence non-binding mediation in order to decide on a formula for extrapolating the results of the bellwethers to Keller Lenkner's remaining clients.  Keller Lenkner proposes Tony Piazza in San Francisco.

- Post-mediation arbitration: If the parties cannot reach agreement within 30 days after the mediation is commenced, the parties will, within the next 14 days, select a single

JAMS arbitrator based on an alternating strike method (10 strikes each from a list of 21).  Within 30 days of the arbitrator's selection, the parties will simultaneously submit an opening brief proposing a formula for extrapolating the results of the bellwethers to Keller Lenkner's remaining clients.  Within 30 days of the opening briefs, the parties will simultaneously submit a response.  The arbitrator shall issue a final award designating a formula within 30 days, which shall be binding on both sides.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Thursday, August 16, 2018 at 6:49 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Thanks Sophia.  Please do clarify.  We'll call your office line at 10am PT on Wednesday 8/22 unless you prefer a different time and/or number.  Just let me know.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Thursday, August 16, 2018 at 6:38 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Hi Warren,

That's not entirely accurate. I will draft a clarifying email tomorrow.

A call on Wednesday is fine with me.

Thanks,
Sophia.

Sent from my iPhone

On Aug 16, 2018, at 1:51 PM, Warren Postman <wdp@kellerlenkner.com> wrote:

> Sophia,
>
> Thanks for talking earlier.  To confirm what we discussed, Uber's position is that any drivers who are part of the O'Connor class are represented by Liss-Riordan solely by virtue of being in the class, Uber will not arbitrate with any members of the O'Connor class without the consent of Liss-Riordan, and Liss-Riordan will not give consent.
>
> Please confirm if that is correct.
>
> For the remaining drivers who Uber agrees are not represented by other counsel, we are willing to discuss some form of arbitration outside of JAMS so long as we can do a call by Wednesday to discuss.  If we can't talk by Wednesday, we do not consent to a non-JAMS arbitrator and assert our clients' right to proceed through JAMS with Uber paying the full fee.
>
> Please let me know if we can talk by Wednesday and whether Uber will pay the full JAMS filing fee if we can't reach an agreement on a non-JAMS arbitrator.
>
> Best,
>
> **Warren D. Postman**
> Partner
>
> Keller | Lenkner
> 1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
> 202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Thursday, August 16, 2018 at 2:54 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Warren,

Let's talk next week. Over 100 of the first 400 you served are already represented by other law firms. I need to finalize that list on my end, and then I will connect you with the other law firms so you all can figure out which firm is going to proceed with representation.

The arbitration agreement is clear that you are not to file with JAMS first. You are to serve on Uber (I will accept service by email), we are to meet and confer regarding arbitrators, and then if we cannot agree on arbitrators, we can go to JAMS for a strike list.  It's possible some of the arbitrators we will agree to will not be affiliated with JAMS so it doesn't make sense to pay filing fees right now. Let's discuss the logistics next week after I have a list of which drivers are represented by multiple firms.

Thanks,
Sophia

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Thursday, August 16, 2018 11:46 AM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Sophia,

Please let me know when you would like to have the call you mentioned on Tuesday. In the meantime, will you accept electronic service of additional arbitrations on behalf of Uber?  We are preparing a batch of about 800 more demands and imagine you don't need the stack of paper.  Also, can you please give me a timeline on when Uber will be paying the filing fee to JAMS?  As you know, JAMS will not commence the arbitration until they receive the fee, and we would like to get the process started.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Tuesday, August 14, 2018 at 10:10 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Sure – attached. Happy to discuss.

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 10:05 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Any chance you have their names/contact info in a spreadsheet? It looks like some of these folks are in the certified *O'Connor* class, and some are already represented by other law firms so we'll need to address that issue first. If you have a spreadsheet, it will speed that process up.

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:56 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Sophia,

I've attached a courtesy copy of what was mailed to Uber.

Best,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Tuesday, August 14, 2018 at 9:39 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Right. We sent them to both Uber and JAMS.

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:37 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Ok, got it. When you say filed you mean you sent Uber the demands, right?

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:34 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

The 400 for whom we filed are all in the LA and San Francisco area.  We have additional clients throughout California and Massachusetts.

Best,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:31 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Ok, thanks. Where are your clients located?

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:30 PM
**To:** Behnia, Sophia

**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Thank you Sophia. For your information, we mailed demand letters for 400 clients yesterday, which should arrive tomorrow.  We have additional clients for whom we are preparing demands.  I've copied my colleague, Tom Kayes; if you could include us both when you circle back, that would be great.


Best,


**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:26 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Subject:** RE: Uber matter

Hi Warren,

My office will be handling this matter. We will discuss with Uber and will circle back with you to set up a call.

Thank you,
Sophia

**Sophia Behnia,** Shareholder
415.276.2561 direct   415.358.5784 fax   SBehnia@littler.com
333 Bush Street, 34th Floor | San Francisco, CA 94104

<image001.jpg>   | littler.com
**Employment & Labor Law Solutions Worldwide**


Begin forwarded message:

> **From:** Warren Postman <wdp@kellerlenkner.com>
> **Date:** August 13, 2018 at 9:09:11 PM GMT+3
> **To:** "tevangelis@gibsondunn.com" <tevangelis@gibsondunn.com>
> **Subject: Re: Uber matter**
>
> Hi Theane,

Following up on my call Friday -- my firm is preparing to file a substantial number of arbitrations against Uber on behalf of Uber drivers.  JAMS suggested that we reach out to Uber's counsel to discuss logistics before doing that. I'm not sure if GDC is involved in Uber's driver arbitrations, but given your work on the misclassification issue, I wanted to give you a heads up and see if you could point me in the right direction.

If you could give me a call today, I would appreciate it.   617-378-8268.  If you're tied up, I can reach out to Littler as well.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Friday, August 10, 2018 at 3:19 PM
**To:** "tevangelis@gibsondunn.com" <tevangelis@gibsondunn.com>
**Subject:** Uber matter

Hi Theane,

I just left you a voicemail hoping to speak with you about an Uber matter. I am travelling but you can reach me on my cell until about 5pm PT time.

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

---

--------------------------
This email may contain confidential and privileged material for the sole use of the

intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates

worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT J

| | |
|---|---|
| **From:** | Warren Postman |
| **To:** | Behnia, Sophia |
| **Cc:** | Tom Kayes; Spurchise, Andrew M.; Ashley Keller |
| **Subject:** | Re: Uber matter |
| **Date:** | Wednesday, September 5, 2018 9:32:34 AM |
| **Attachments:** | 2018.09.05 - Spreadsheet of Claimant Information[1].xlsx |
| | PORTIER P2P Flow Services Agreement August 31 2016 copy.pdf |
| | RASIER Technology Services Agreement December 10 2015.pdf |
| | 2018.09.05 - California Claimants Demand[1].pdf |
| | 2018.09.05 - Massachussetts Clients Demand[2].pdf |

Sophia,

We have considered Uber's counter-proposal for a process and do not find it acceptable.

Having spent several weeks conferring about an alternative process, we have decided to move ahead with arbitrating our clients' claims without delay.  Consistent with your prior agreement to accept electronic service, I am serving you with the attached demands for arbitration on behalf of 857 additional clients in California and 190 clients in Massachusetts. Pursuant to M.G.L. §§ 148 and 148B, the Massachusetts demands name Dara Khosrowshahi, Barney Harford, Thuan Pham, Meghan Joyce, Rachel Holt, Persis Elavia, and Liane Hornsey as defendants. Please let me know whether or not you will be representing these individuals. If so, please let me know whether you will accept the attached electronic service on their behalf. For avoidance of doubt, we are also re-serving in the same manner the original 400 demands I sent to you on August 14, 2018, which contain minor amendments and which we will re-serve on JAMS along with the others.

If you are aware of any clients who have signed an engagement letter with another law firm, we would appreciate you sharing their names so that we can clarify with them how they would like to proceed. You previously stated that some of our clients have signed releases that you believe waive their claims. If any of these clients no longer have an active driver account with Uber and have not driven for Uber since signing the release, please share the release and we will consider withdrawing their demand.  For the remaining clients, our view is that statutory rights such as a minimum wage and overtime cannot be waived prospectively by contract. In addition, while you noted that some of our clients are members of the *O'Connor* class, we believe that the bulk of their claims are not covered by *O'Connor*. Accordingly, we will be commencing arbitration for all of those clients. Any disputes on these matters must be resolved by the arbitrators.

With regard to all of the above clients, we do not agree to any non-JAMS arbitrators. We therefore invoke our clients' right to commence arbitration through JAMS and select arbitrators by a strike method. As we explained during our call on August 22, we believe Uber is equitably estopped based on its statements in *Mohamed* from asking a driver to pay any portion of the JAMS filing fee. While I understand that Uber disputes this point, the arbitration agreement states that the "Company shall bear all of the Arbitrator's and arbitration fees until such time as the Arbitrator resolves any such dispute." We hereby demand that Uber pay the full JAMS filing fee for each of the attached clients so that we may commence arbitration.

To the extent Uber argues that arbitrating this many claims will be unworkable, we disagree. We are fully prepared to arbitrate the claims consistent with the JAMS Streamlined Arbitration Rules that

Uber designated in its contract. We will not put our clients' claims on hold because the process that Uber wrote into its contracts is inconvenient for Uber.

If Uber has not paid the JAMS filing fee for each of the above clients by September 17, we will file a motion to compel arbitration in court. We would be willing to discuss settlement at any time. The lines of communication are always open. But we do not see any reason to delay the commencement of arbitration. Uber has spent the last five years arguing in case after case that (1) all disputes arising from the driver agreement must be arbitrated, (2) any threshold disputes regarding whether a claim is arbitrable must themselves be arbitrated, and (3) Uber stands ready to engage in a fast, efficient, and streamlined dispute resolution process with its drivers in arbitration. It is time for Uber to abide by the process it has designed and worked to impose on drivers in dozens of disputes around the country.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005

202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, September 4, 2018 at 11:46 AM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>, "Spurchise, Andrew M." <ASpurchise@littler.com>, Ashley Keller <ack@kellerlenkner.com>
**Subject:** RE: Uber matter

Warren,

Here is our proposal on the arbitration process and some suggested arbitrators. Let me know your thoughts.

Arbitration Process

- We suggest starting with four individual arbitrations. Each side would pick two claimants from the entirety of the Keller list (excluding those that are not able to proceed due to conflicts – e.g., *O'Connor* or represented by another firm – we are just about done analyzing this for your first 400 or so that you sent to me; we'll need your complete list to do the rest). We would assign the four matters to four different arbitrators. If we cannot agree on arbitrators, we will use the JAMS strike lists.

- The arbitrations will take place where the claimants are located. Uber will not agree to have

all of the arbitrations take place in Chicago.

- After we receive reasoned decisions in all four arbitrations, we will reconvene to determine the appropriate way to proceed. We will likely be able to proceed more quickly, particularly if we group the arbitrations so that each arbitration after the first four involves 3-4 claimants. However, we would still insist that the arbitrator make an individualized decision as to the IC status of each claimant. We may also be open to assigning new claimants to the arbitrators who adjudicated the first four matters.

- The arbitrations will be conducted pursuant to each claimant's operative arbitration provision.

- Uber will not commit to any sort of mediation at this time.

Proposed Arbitrators

- Judge Rebecca Westerfield
- Judge William Cahill
- Judge George King
- Judge Jon Mayeda

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Thursday, August 30, 2018 6:38 AM
**To:** Behnia, Sophia
**Cc:** Tom Kayes; Spurchise, Andrew M.; Ashley Keller
**Subject:** Re: Uber matter

Thank you Sophia.  Please let me know when we can expect a proposal on process. We made an initial proposal two weeks ago and haven't received any counter-proposal from Uber yet.  We generally prefer the strike method for arbitrator selection, but will consider specific suggestions if we see some indication that Uber is proposing something meaningful beyond the default JAMS process.

Best,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Wednesday, August 29, 2018 at 8:01 PM
**To:** Warren Postman <wdp@kellerlenkner.com>

**Cc:** Tom Kayes <tk@kellerlenkner.com>, "Spurchise, Andrew M." <ASpurchise@littler.com>, Ashley Keller <ack@kellerlenkner.com>
**Subject:** RE: Uber matter

Thanks. We will review. I can confirm that we will agree to tolling for all of your clients while we work through the terms of the long form tolling agreement, and the details of the logistics of the arbitrations.

Are there any arbitrators you would propose for Uber to consider? It would be helpful to see if we can agree before we resort to strike lists.

Sophia

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 28, 2018 1:52 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes; Spurchise, Andrew M.; Ashley Keller
**Subject:** Re: Uber matter

Thank you Sophia,

A proposed tolling agreement is attached.  Could you please also give us an ETA on a counter proposal for proceeding with the arbitrations?

Best,

**Warren D. Postman**
Partner

Keller | Lenkner
1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 28, 2018 at 11:40 AM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>, "Spurchise, Andrew M." <ASpurchise@littler.com>, Ashley Keller <ack@kellerlenkner.com>
**Subject:** Re: Uber matter

Warren,

I'm still waiting on confirmation, but a tolling agreement should be fine. Can you circulate a draft for our review?

Thank you,
Sophia

Sent from my iPhone

On Aug 27, 2018, at 6:11 PM, Warren Postman <wdp@kellerlenkner.com> wrote:

> Sophia, Andrew,
>
> Thank you for the discussion last Wednesday and for agreeing to get back to us with (a)
> a counter proposal on how to proceed with the arbitrations and (b) an answer on
> whether Uber will agree to toll our clients' claims so that we don't need to file them all
> right away. As we noted on the call, we are concerned about letting time drag on
> without progress on these points.  Given that, could you please let me know when you
> expect to get back to us on both fronts?
>
> Best,
>
> **Warren D. Postman**
> Partner
>
> Keller | Lenkner
> 1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
> 202.749.8334 | Website | Email
>
> ---
>
> **From:** "Behnia, Sophia" <SBehnia@littler.com>
> **Date:** Wednesday, August 22, 2018 at 1:40 PM
> **To:** Warren Postman <wdp@kellerlenkner.com>
> **Cc:** Tom Kayes <tk@kellerlenkner.com>, "Spurchise, Andrew M."
> <ASpurchise@littler.com>, Ashley Keller <ack@kellerlenkner.com>
> **Subject:** RE: Uber matter
>
> That's fine. Please send out a conference line – Andrew and I are in different offices.
>
> ---
>
> **From:** Warren Postman [mailto:wdp@kellerlenkner.com]
> **Sent:** Tuesday, August 21, 2018 5:36 PM
> **To:** Behnia, Sophia
> **Cc:** Tom Kayes; Spurchise, Andrew M.; Ashley Keller
> **Subject:** Re: Uber matter
>
> Actually, my partner Ashley Keller would like to join. Could we do 1pm your time?
>
> Thanks,
>
> **Warren D. Postman**
> Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

On Aug 21, 2018, at 6:14 PM, Warren Postman <wdp@kellerlenkner.com> wrote:

> Thank you Sophia.  Let's set a specific time to talk.  How about 3pm your time tomorrow?
>
> **Warren D. Postman**
> Partner
>
> Keller | Lenkner
>
> 1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
> 202.749.8334 | Website | Email
>
> ---
>
> **From:** "Behnia, Sophia" <SBehnia@littler.com>
> **Date:** Tuesday, August 21, 2018 at 6:53 PM
> **To:** Warren Postman <wdp@kellerlenkner.com>
> **Cc:** Tom Kayes <tk@kellerlenkner.com>, "Spurchise, Andrew M." <ASpurchise@littler.com>
> **Subject:** RE: Uber matter
>
> I've looped in Andrew Spurchise who will be leading these arbitrations on our side. I am tied up tomorrow at 10 am PST. Let's shoot for later in the day. I also owe you a clarification email on the O'Connor issue, which I will send as soon as I have a moment.
>
> ---
>
> **From:** Warren Postman [mailto:wdp@kellerlenkner.com]
> **Sent:** Friday, August 17, 2018 1:03 PM
> **To:** Behnia, Sophia
> **Cc:** Tom Kayes
> **Subject:** Re: Uber matter
>
> Sophia,
>
> In advance of our call on Wednesday (please confirm the time), I have included below a proposed framework for an alternative arbitration process that does not involve us filing thousands of individual arbitrations before JAMS.  This is to get the discussion started. We are happy to consider other approaches you might suggest in advance of our call Wednesday.
>
> However, if we haven't made meaningful progress toward an

alternative approach by COB Wednesday, we will assert our clients'
right to proceed through the JAMS process identified in the
arbitration agreement.  That process can't start until the JAMS filing
fee is paid, and Uber is responsible for the full fee as outlined in our
demand letter.  Please tell me now if Uber disagrees with this
position, as that will be material to our discussions over the next
week.

**Framework for Alternative Arbitration Model**

- Bellwether process: Uber and Keller Lenkner select 9
  bellwether arbitrations – 3 with drivers from SF, 3 with drivers
  from LA, and 3 with drivers from Mass.

- Tolling: Uber agrees to toll all related claims for other Uber
  drivers who are Keller Lenkner clients pending the bellwethers.

- Selecting bellwether plaintiffs: Uber will first identify any Keller
  Lenkner client whom it believes would not have a claim for
  unpaid wages even if they were an employee.  Keller Lenkner
  will then identify a list of 20 clients who are willing to serve as a
  bellwether plaintiff.  Uber picks the bellwethers from that list.
  Bellwether plaintiffs will receive an incentive award of double
  their recovery in return for their service.

- Arbitrator selection: JAMS will supply a list of 39 arbitrators, all
  of whom shall be former federal judges.  Each side will make
  alternating strikes, with 15 strikes per side.

- Rules: Arbitrations will be conducted under the Federal Rules
  of Civil Procedure, but the arbitrator will expedite proceedings
  and a final award must be issued within one year.

- Location: To facilitate travel from both coasts, the arbitrations
  will take place in Chicago.

- Post-bellwether mediation: Within 30 days after the conclusion
  of the 9 bellwethers, the parties will commence non-binding
  mediation in order to decide on a formula for extrapolating the
  results of the bellwethers to Keller Lenkner's remaining clients.
  Keller Lenkner proposes Tony Piazza in San Francisco.

- Post-mediation arbitration: If the parties cannot reach
  agreement within 30 days after the mediation is commenced,
  the parties will, within the next 14 days, select a single JAMS
  arbitrator based on an alternating strike method (10 strikes

each from a list of 21).  Within 30 days of the arbitrator's selection, the parties will simultaneously submit an opening brief proposing a formula for extrapolating the results of the bellwethers to Keller Lenkner's remaining clients.  Within 30 days of the opening briefs, the parties will simultaneously submit a response.  The arbitrator shall issue a final award designating a formula within 30 days, which shall be binding on both sides.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Thursday, August 16, 2018 at 6:49 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Thanks Sophia.  Please do clarify.  We'll call your office line at 10am PT on Wednesday 8/22 unless you prefer a different time and/or number.  Just let me know.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Thursday, August 16, 2018 at 6:38 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Hi Warren,

That's not entirely accurate. I will draft a clarifying email tomorrow.

A call on Wednesday is fine with me.

Thanks,
Sophia.

Sent from my iPhone

On Aug 16, 2018, at 1:51 PM, Warren Postman <wdp@kellerlenkner.com> wrote:

> Sophia,
>
> Thanks for talking earlier.  To confirm what we discussed, Uber's position is that any drivers who are part of the O'Connor class are represented by Liss-Riordan solely by virtue of being in the class, Uber will not arbitrate with any members of the O'Connor class without the consent of Liss-Riordan, and Liss-Riordan will not give consent.
>
> Please confirm if that is correct.
>
> For the remaining drivers who Uber agrees are not represented by other counsel, we are willing to discuss some form of arbitration outside of JAMS so long as we can do a call by Wednesday to discuss.  If we can't talk by Wednesday, we do not consent to a non-JAMS arbitrator and assert our clients' right to proceed through JAMS with Uber paying the full fee.
>
> Please let me know if we can talk by Wednesday and whether Uber will pay the full JAMS filing fee if we can't reach an agreement on a non-JAMS arbitrator.
>
> Best,
>
> **Warren D. Postman**
> Partner
>
> **Keller | Lenkner**
> 1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
> 202.749.8334 | Website | Email

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Thursday, August 16, 2018 at 2:54 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Warren,

Let's talk next week. Over 100 of the first 400 you served are already represented by other law firms. I need to finalize that list on my end, and then I will connect you with the other law firms so you all can figure out which firm is going to proceed with representation.

The arbitration agreement is clear that you are not to file with JAMS first. You are to serve on Uber (I will accept service by email), we are to meet and confer regarding arbitrators, and then if we cannot agree on arbitrators, we can go to JAMS for a strike list.  It's possible some of the arbitrators we will agree to will not be affiliated with JAMS so it doesn't make sense to pay filing fees right now. Let's discuss the logistics next week after I have a list of which drivers are represented by multiple firms.

Thanks,
Sophia

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Thursday, August 16, 2018 11:46 AM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Sophia,

Please let me know when you would like to have the call you mentioned on Tuesday.  In the meantime, will you accept electronic service of additional arbitrations on behalf of Uber?  We are preparing a batch of about 800 more demands and imagine you don't need the stack of paper. Also, can you please give me a timeline on when Uber will be paying the filing fee to JAMS?  As you know, JAMS will not commence the arbitration until they receive the fee, and we

would like to get the process started.

Best,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005

202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Tuesday, August 14, 2018 at 10:10 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Sure – attached. Happy to discuss.

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005

202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 10:05 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Any chance you have their names/contact info in a spreadsheet? It looks like some of these folks are in the certified *O'Connor* class, and some are already represented by other law firms so we'll need to address that issue first. If you have a spreadsheet, it will speed that process up.

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:56 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Sophia,

I've attached a courtesy copy of what was mailed to Uber.

Best,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner.com>
**Date:** Tuesday, August 14, 2018 at 9:39 PM
**To:** "Behnia, Sophia" <SBehnia@littler.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** Re: Uber matter

Right. We sent them to both Uber and JAMS.

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:37 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Ok, got it. When you say filed you mean you sent Uber the demands, right?

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:34 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

The 400 for whom we filed are all in the LA and San Francisco area. We have additional clients throughout California and Massachusetts.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:31 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Cc:** Tom Kayes <tk@kellerlenkner.com>
**Subject:** RE: Uber matter

Ok, thanks. Where are your clients located?

---

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, August 14, 2018 6:30 PM
**To:** Behnia, Sophia
**Cc:** Tom Kayes
**Subject:** Re: Uber matter

Thank you Sophia. For your information, we mailed demand letters for 400 clients yesterday, which should arrive tomorrow.  We have additional clients for whom we are preparing demands.  I've copied my colleague, Tom Kayes; if you could include us both when you circle back, that would be great.

Best,

**Warren D. Postman**
Partner

Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** "Behnia, Sophia" <SBehnia@littler.com>
**Date:** Tuesday, August 14, 2018 at 9:26 PM
**To:** Warren Postman <wdp@kellerlenkner.com>
**Subject:** RE: Uber matter

Hi Warren,

My office will be handling this matter. We will discuss with Uber and will circle back with you to set up a call.

Thank you,
Sophia

**Sophia Behnia,** Shareholder
415.276.2561 direct   415.358.5784 fax   SBehnia@littler.com
333 Bush Street, 34th Floor | San Francisco, CA 94104

<image001.jpg>   | littler.com
**Employment & Labor Law Solutions Worldwide**

Begin forwarded message:

> **From:** Warren Postman
> <wdp@kellerlenkner.com>
> **Date:** August 13, 2018 at 9:09:11 PM
> GMT+3
> **To:** "tevangelis@gibsondunn.com"
> <tevangelis@gibsondunn.com>
> **Subject: Re: Uber matter**
>
> Hi Theane,
>
> Following up on my call Friday -- my firm is preparing to file a substantial number of arbitrations against Uber on behalf of Uber drivers.  JAMS suggested that we reach out to Uber's counsel to discuss logistics before doing that. I'm not sure if GDC is involved in Uber's driver arbitrations, but given your work on the misclassification issue, I wanted to give you a heads up and see if you could point me in the right direction.
>
> If you could give me a call today, I would appreciate it.   617-378-8268.  If you're tied up, I can reach out to Littler as well.
>
> Best,
>
> **Warren D. Postman**

Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman
<wdp@kellerlenkner.com>
**Date:** Friday, August 10, 2018 at 3:19 PM
**To:** "tevangelis@gibsondunn.com"
<tevangelis@gibsondunn.com>
**Subject:** Uber matter

Hi Theane,

I just left you a voicemail hoping to speak with
you about an Uber matter.  I am travelling but
you can reach me on my cell until about 5pm
PT time.

Best,

**Warren D. Postman**
Partner

## Keller | Lenkner

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

This message may contain confidential and privileged
information. If it has been sent to you in error, please
reply to advise the sender of the error and then
immediately delete this message.

---

--------------------------
This email may contain confidential and privileged material
for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If
you are not the intended recipient (or authorized to receive
for the recipient), please contact the sender by reply email
and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal
practice Littler Global, which operates worldwide through a

number of separate legal entities. Please visit
www.littler.com for more information.

--------------------------
This email may contain confidential and privileged material
for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If
you are not the intended recipient (or authorized to receive
for the recipient), please contact the sender by reply email
and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal
practice Littler Global, which operates worldwide through a
number of separate legal entities. Please visit
www.littler.com for more information.

--------------------------
This email may contain confidential and privileged material
for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If
you are not the intended recipient (or authorized to receive
for the recipient), please contact the sender by reply email
and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal
practice Littler Global, which operates worldwide through a

number of separate legal entities. Please visit
www.littler.com for more information.

---------------------------

This email may contain confidential and privileged material
for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If
you are not the intended recipient (or authorized to receive
for the recipient), please contact the sender by reply email
and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal
practice Littler Global, which operates worldwide through a
number of separate legal entities. Please visit
www.littler.com for more information.

---------------------------

This email may contain confidential and privileged material
for the sole use of the intended recipient(s). Any review, use,
distribution or disclosure by others is strictly prohibited. If
you are not the intended recipient (or authorized to receive
for the recipient), please contact the sender by reply email
and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal
practice Littler Global, which operates worldwide through a
number of separate legal entities. Please visit

www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT K

**From:**          Sandra Chan
**To:**            wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com;
                   aspurchise@littler.com; ack@kellerlenkner.com
**Subject:**       Uber Arbitrations
**Date:**          Tuesday, October 2, 2018 2:15:23 PM
**Attachments:**   Uber Arbitrations - Filing Fees Rec"d 10.02.18.xlsx

Dear Counsel,

This will confirm that JAMS has received the filing fees in the matters referenced in the attached spreadsheet.  JAMS will commence these arbitrations and provide the parties with lists of available arbitrators and strike lists.

Please do not hesitate to contact me should you have any questions.

Best Regards,

–



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12th year in a row in** *The Recorder's* **2018 "Best of" list.**

U.S. | International | LinkedIn | Twitter

# EXHIBIT L

| From: | Sandra Chan |
|---|---|
| To: | Warren Postman; Tom Kayes; Michelle Kay Camp; Ashley Keller; Behnia, Sophia; Spurchise, Andrew M. |
| Cc: | Shaub, Vicki; Hammett, Kristine F.; King, Caitlin E. |
| Subject: | FW: Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 8.13.18) |
| Date: | Thursday, November 1, 2018 12:06:07 PM |
| Attachments: | image001.png |
| | Uber Arbitrations - 33 Invoices Paid on 11-1-18.xlsx |
| | Uber Arbitrations - 216 Invoices Paid on 11-1-18 (002).xlsx |

Dear Counsel,

This will confirm that JAMS has received the filing fees in the matters referenced in the attached spreadsheet.  JAMS will commence these arbitrations and provide the parties with lists of available arbitrators and strike lists.

Please do not hesitate to contact me should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
Two Embarcardoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

# EXHIBIT M

| From: | Sandra Chan |
|---|---|
| To: | Warren Postman; Tom Kayes; Michelle Kay Camp; Ashley Keller; Behnia, Sophia; Spurchise, Andrew M. |
| Cc: | Shaub, Vicki; Hammett, Kristine F.; King, Caitlin E. |
| Subject: | FW: Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 8.13.18) |
| Date: | Thursday, November 1, 2018 12:06:07 PM |
| Attachments: | image001.png |
| | Uber Arbitrations - 33 Invoices Paid on 11-1-18.xlsx |
| | Uber Arbitrations - 216 Invoices Paid on 11-1-18 (002).xlsx |

Dear Counsel,

This will confirm that JAMS has received the filing fees in the matters referenced in the attached spreadsheet.  JAMS will commence these arbitrations and provide the parties with lists of available arbitrators and strike lists.

Please do not hesitate to contact me should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
Two Embarcardoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

# EXHIBIT N

**From:** Warren Postman
**To:** Sandra Chan; Lindsay Anderson; Rosal nda Ortega; Michelle Penular; Jason Clark; Jesse Dionnor; Scott Parreno; Patricia Usak; Tom Kayes; Michelle Kay Camp; Behnia, Sophia; Spurchise, Andrew M.; Hammett, Kristine E.; King, Caitlin E.; Shaub, Vicki; Josephine Cano; Kathleen Hanley; Jenny Truex
**Cc:** chiedunwamusz2722769@projects.filevine.com; janiridarcayz2722794@projects.filevine.com; elvinbrooksz2722792@projects.filevine.com; aaronbratcherz2722791@projects.filevine.com; angelinealexisz2722786@projects.filevine.com; michaelmcnamaraz2722550@projects.filevine.com; danbamontez2722521@projects.filevine.com; vornastitz2722506@projects.filevine.com; waleedsalehz2722433@projects.filevine.com; jamilwestz2722343@projects.filevine.com; tinatapiaz2722333@projects.filevine.com; jasonthomasz2722322@projects.filevine.com; mazistroudz2722323@projects.filevine.com; vornastittz2722330@projects.filevine.com; lynettastanleyz2722319@projects.filevine.com; melvinsnellz2722327@projects.filevine.com; jamarrsmithz2722323@projects.filevine.com; eloisharedmondz2731170@projects.filevine.com; marvinnewtonz2722309@projects.filevine.com; terismullinz2722287@projects.filevine.com; ericmontoyaz2722284@projects.filevine.com; ronaldjamesz2722262@projects.filevine.com; chemikahollisz2722254@projects.filevine.com; markgriffinz2722244@projects.filevine.com; keishaflemonsz2722156@projects.filevine.com; byreeshaflemingz2722156@projects.filevine.com; sharondaeverfieldz2722115@projects.filevine.com; johnnyducksworthz2722103@projects.filevine.com; josephjamesdeanz2722225@projects.filevine.com; haurolddacusz2722102@projects.filevine.com; kelvincurryz2722209@projects.filevine.com; lawrencecolemanz2722216@projects.filevine.com; richardclementez2722214@projects.filevine.com; jamesboissierez2722194@projects.filevine.com; andreballardz2722167@projects.filevine.com; cathybaileyz2722186@projects.filevine.com; shenitabaileyz2722184@projects.filevine.com; simoneaceveeoz2722160@projects.filevine.com; demarriowinfordz2722162@projects.filevine.com; jacquelinewellsz2722155@projects.filevine.com; bernadettewattsz2722154@projects.filevine.com; ericvillanuevaz2722152@projects.filevine.com; jasonthomasz2722322@projects.filevine.com
**Subject:** Re: Claimants" First St kes
**Date:** Monday, October 15, 2018 3:49:58 PM
**Attachments:** 2018.10.15 - Uber Strike List - Complete.xlsx

Good evening,

Claimants  second strikes in the first 47 Uber arbitrations, and the resulting arbitrator selections, are listed below and attached

Best,
Warren

| JAMS Ref. No. | Claimant | | Uber Strike 1 | Claimant Strike 1 | Uber Strike 2 | Claimant Strike 2 | Arbitrator |
|---|---|---|---|---|---|---|---|
| 1100091430 | Simone | Aceveeo | Robert Baines | Harry Low | Lisa Jaye | Lynn Duryee | Kenneth Kawaichi |
| | | | | | | Deborah Crandall | |
| 1100091371 | Angeline | Alexis | Lexi Myer | Coleman A. Swart | Ann Kough | Saxe | Jeffrey King |
| 1100091427 | Cathy | Bailey | Lizbeth Hasse | Elaine Rushing | Dan Hanlon | Patrick Mahoney | Alexander Brainerd |
| 1100091428 | Shenita | Bailey | Cecily Bond | David Garcia | Dan Hanlon | Elaine Rushing | Zela Claiborne |
| 1100091426 | Andre | Ballard | Richard McAdams | John A. Flaherty | Dan Hanlon | Zerne P. Haning | Kenneth Kawaichi |
| 1100091372 | Dan | Bamonte | Lexi Myer | Elliot K. Gordon | Diane Wayne | Terry Friedman | Candace Cooper |
| 1100091425 | James | Boissiere | Deborah Ballati | Patrick J. Mahoney | Adrienne Publicover | Bruce Edwards | Ann Kough |
| 1100091221 | Aaron | Bratcher | Elaine Rushing | Ellen S. James | Harry Low | Gary S. Davis | Lawrence Mills |
| 1100091370 | Elvin | Brooks | Michael Loeb | William J. Elfving | Lisa Jaye | David A. Garcia | Robert Hight |
| 1100091424 | Richard | Clemente | Richard Silver | David A. Garcia | Robert Hight | Ignazio J. Ruvolo | James Kleinberg |
| 1100091423 | Lawrence | Coleman | James Ware | William J. Elfving | Martin Quinn | John Herlihy | Gary Davis |
| 1100091422 | Kelvin | Curry | Jack Komar | Patrick J. Mahoney | Robert Freedman | Joseph Biafore | David E. Hunter |
| 1100091421 | Harold | Dacus | Cecily Bond | James L. Warren | Frank Damrell | Phillip Neiman | Shirish Gupta |
| 1100091369 | Janet | Darcey | Robert Baines | Rebecca Westerfield | Kenneth Kawaichi | John Flaherty | Zela Claiborne |
| 1100091420 | Ronald | Davis | Elaine Rushing | Nat A. Agliano | Read Ambler | Adrienne Publicover | Richard Kramer |
| | Joseph | | | | | | |
| 1100091419 | James | Dean | Robert Baines | Kevin E. McKenney | Kenneth Gack | Lynn Duryee | Lizbeth Hasse |
| 1100091418 | Johnny | Ducksworth | Wayne Brazil | Ellen S. James | Lisa Jaye | Alexander Brainerd | Zela Claiborne |
| 1100091417 | Sharonda | Everfield | Kevin McKenney | Ignazio Ruvolo | Read Ambler | Frank C. Damrell | Daniel M. Hanlon |
| 1100091416 | Byreesha | Fleming | Lizbeth Hasse | Ellen S. James | David E. Hunter | James Kleinberg | James Warren |
| 1100091415 | Keisha | Flemons | Robert Freedman | Richard M. Silver | Cecily Bond | John Flaherty | Lisa Jaye |
| 1100091414 | Tanisha | Gilmore | Jack Komar | Patrick J. Mahoney | Michael Loeb | Alexander Brainerd | Zerne P. Haning III |
| 1100091413 | Mark | Griffin | Robert Baines | Adrienne Publicover | James Ware | Shirish Gupta | Lynn Duryee |
| 1100091411 | Chemika | Hollis | Wayne Brazil | Harry W. Low | Elaine Rushing | William J. Elfving | Robert Hight |
| 1100091410 | Ronald | James | Read Ambler | Gary S. Davis | Zela Claiborne | John Herlihy | Randall Newsome |
| 1100091409 | Wallace | Loggins | Frank Damrell | David A. Garcia | Joseph Biafore | Nat A. Agliano | Richard Kramer |
| 1100091372 | Michael | McNamara | Nancy Stock | Stephen J. Sundvold | Jonathan Cannon | Judith Ryan | Charles H. Dick |
| 1100091408 | Eric | Montoya | Frank Damrell | Adrienne Publicover | Nat Agliano | James Kleinberg | Shirish Gupta |
| 1100091407 | Teri S. | Mullin | Cecily Bond | Phillip Neiman | Kevin McKenney | James Warren | Richard McAdams |
| 1100091406 | Marvin | Newton | Read Ambler | Ignazio J. Ruvolo | Richard Silver | Robert Hight | Zela Claiborne |
| 1100091368 | Chiedu | Nwamuo | Cecily Bond | James P. Kleinberg | Lizbeth Hasse | Patrick Mahoney | Alexander Brainerd |
| | Laurie | Polk | | | | | |
| 1100091404 | | Nesbitt | Gary Davis | William J. Elfving | Lynn Duryee | Nat A. Agliano | John A. Flaherty |
| 1100091403 | Eleisha | Redmond | Lizbeth Hasse | Zerne Haning, III | Kevin McKenney | John Herlihy | Frank C. Damrell |
| 1100091375 | Waleed | Saleh | Barbara Reeves | Gary L. Taylor | Diane Wayne | Elliot Gordon | Rex Heesman |
| 1100091402 | Jamarr | Smith | Jack Komar | Ellen Sickles James | Joseph Biafore | Frank C. Damrell | Rex Heesman |
| 1100091400 | Melvin | Snell | Rosalyn Chapman | Stephen E. Haberfeld | Lexi Myer | Margaret Nagle | Rex Heesman |
| 1100091399 | Lynetta | Stanley | Robert Baines | Gary S. Davis | Lisa Jaye | Phillip Neiman | Read Ambler |
| 1100091398 | Verna | Stitt | Wayne Brazil | James L. Warren | Lisa Jaye | Shirish Gupta | Frank C. Damrell |
| 1100091397 | Mazi | Stroud | James Ware | Ellen Sickles James | Read Ambler | Richard Kramer | Daniel M. Hanlon |
| 1100091396 | Tina | Tapia | Lisa Jaye | Catherine Gallagher | Frank Damrell | William J Cahill | David E. Hunter |
| 1100091435 | Jason | Thomas | Lizbeth Hasse | William Elfving | Frank Damrell | John Flaherty | Zee Claiborne |
| 1100091434 | Eric | Villanueva | Cecily Bond | Zerne Haning, III | Wayne Brazil | Gary S. Davis | Read Ambler |
| 1100091433 | Bernadette | Watts | Lynn Duryee | Ellen James | Martin Quinn | Randall Newsome | David E. Hunter |
| 1100091432 | Jacqueline | Wells | Deborah Ballati | Ignazio Ruvolo | Michael Loeb | Nat A. Agliano | Ann Kough |
| 1100091377 | Jamil | West | Robert Freedman | Adrienne Publicover | Lynn Duryee | Nat A. Agliano | Joseph Biafore |
| 1100091431 | Demarrio | Winford | Jack Komar | Ellen S. James | Adrienne Publicover | John Herlihy | Shirish Gupta |
| 1100091374 | Craig | Wong | Lexi Myer | Stephen E. Haberfeld | Coleman Swart | Barbara Reeves | Rex Heesman |
| 1100091376 | Jacqueline | Woodson | Richard McAdams | Ignazio J. Ruvolo | Richard Silver | Elaine Rushing | Robert Hight |

Warren D. Postman
Partner

**Keller | Lenkner**

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

---

**From:** Warren Postman <wdp@kellerlenkner com>
**Date:** Friday, October 12, 2018 at 12:48 AM
**To:** Sandra Chan <SChan@JAMSADR com>, Lindsay Andersen <landersen@jamsadr.com>, Rosalinda Ortega <ROrtega@jamsadr.com>, Michelle Penuliar <MPenuliar@jamsadr.com>, Jason Clark <JClark@jamsadr.com>, Jesse Dienner <JDienner@JAMSADR.com>, Scott Parreno <sparreno@jamsadr.com>, Patricia Usak <pusak@jamsadr.com>, Tom Kayes <tk@kellerlenkner.com>, Michelle Kay Camp <mkc@kellerlenkner.com>, "Behnia, Sophia" <SBehnia@littler.com>, "Spurchise, Andrew M." <ASpurchise@littler.com>, "Hammett, Kristine F." <KHammett@littler.com>, "King, Caitlin E." <CKing@littler.com>, "Shaub, Vicki" <VShaub@littler.com>, Josephine Care <jcare@jamsadr.com>, Kathleen Hanley <khanley@jamsadr.com>, Jenny Truex <jtruex@jamsadr com>
**Subject:** Claimants' First Strikes

Good evening,

Claimants  first strikes in the first 47 Uber arbitrations are listed below  For everyone s convenience, we have also collected them along with Uber s first strikes in the attached spreadsheet  Please note that there was a typo for the claimant in JAMS Ref # 1100091430  The claimant s last name is Acevedo, not Aceveeo

Sophia, just as JAMS and I have copied the emails that you asked to be added to the service list, when you send individual emails regarding each case, please copy the service email for each case that we provided  I have reattached the service list that I sent previously for your reference

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

| JAMS Ref. No. | Claimant | | Uber Strike 1 | Claimant Strike 1 |
|---|---|---|---|---|
| 1100091430 | Simone | Acevedo | Robert Baines | Harry Low |
| 1100091371 | Angeline | Alexis | Lexi Myer | Coleman A. Swart |
| 1100091427 | Cathy | Bailey | Lizbeth Hasse | Elaine Rushing |
| 1100091428 | Shenita | Bailey | Cecily Bond | David Garcia |
| 1100091426 | Andre | Ballard | Richard McAdams | John A. Flaherty |
| 1100091372 | Dan | Bamonte | Lexi Myer | Elliot K. Gordon |
| 1100091425 | James | Boissiere | Deborah Ballati | Patrick J. Mahoney |
| 1100091221 | Aaron | Bratcher | Elaine Rushing | Ellen S. James |
| 1100091370 | Elvin | Brooks | Michael Loeb | William J. Elfving |
| 1100091424 | Richard | Clemente | Richard Silver | David A. Garcia |
| 1100091423 | Lawrence | Coleman | James Ware | David A. Garcia |
| 1100091422 | Kelvin | Curry | Jack Komar | Patrick J. Mahoney |
| 1100091421 | Harold | Dacus | Cecily Bond | James L. Warren |
| 1100091369 | Janet | Darcey | Robert Baines | Rebecca Westerfield |
| 1100091420 | Ronald | Davis | Elaine Rushing | Nat A. Agliano |
| 1100091419 | James Joseph | Dean | Robert Baines | Kevin E. McKenney |
| 1100091418 | Johnny | Ducksworth | Wayne Brazil | Ellen S. James |
| 1100091417 | Sharonda | Everfield | Kevin McKenney | Ignazio Ruvolo |
| 1100091416 | Byreesha | Fleming | Lizbeth Hasse | Ellen S. James |
| 1100091415 | Keisha | Flemons | Robert Freedman | Richard M. Silver |
| 1100091414 | Tanisha | Gilmore | Jack Komar | Patrick J. Mahoney |
| 1100091413 | Mark | Griffin | Robert Baines | Adrienne Publicover |
| 1100091411 | Chemika | Hollis | Wayne Brazil | Harry W. Low |
| 1100091410 | Ronald | James | Read Ambler | Gary S. Davis |
| 1100091409 | Wallace | Loggins | Frank Damrell | David A. Garcia |
| 1100091372 | Michael | McNamara | Nancy Stock | Stephen J. Sundvold |
| 1100091408 | Eric | Montoya | Frank Damrell | Adrienne Publicover |
| 1100091407 | Teri S. | Mullin | Cecily Bond | Phillip Neiman |
| 1100091406 | Marvin | Newton | Read Ambler | Ignazio J. Ruvolo |
| 1100091368 | Chiedu | Nwamuo | Cecily Bond | James P. Kleinberg |
| 1100091404 | Laurie | Polk Nesbitt | Gary Davis | William J. Elfving |
| 1100091403 | Eleisha | Redmond | Lizbeth Hasse | Zerne Haning, III |
| 1100091375 | Waleed | Saleh | Barbara Reeves | Gary L. Taylor |
| 1100091402 | Jamarr | Smith | Jack Komar | Ellen Sickles James |
| 1100091400 | Melvin | Snell | Rosalyn Chapman | Stephen E. Haberfeld |
| 1100091399 | Lynetta | Stanley | Robert Baines | Gary S. Davis |
| 1100091398 | Verna | Stitt | Wayne Brazil | James L. Warren |
| 1100091397 | Mazi | Stroud | James Ware | Ellen Sickles James |
| 1100091396 | Tina | Tapia | Lisa Jaye | Catherine Gallagher |
| 1100091435 | Jason | Thomas | Lizbeth Hasse | William Elfving |
| 1100091434 | Eric | Villanueva | Cecily Bond | Zerne Haning, III |

| 1100091433 | Bernadette | Watts | Lynn Duryee | Ellen James |
| 1100091432 | Jacqueline | Wells | Deborah Ballati | Ignazio Ruvolo |
| 1100091377 | Jamil | West | Robert Freedman | Adrienne Publicover |
| 1100091431 | Demarrio | Winford | Jack Komar | Ellen S. James |
| 1100091374 | Craig | Wong | Lexi Myer | Stephen E. Haberfeld |
| 1100091376 | Jacqueline | Woodson | Richard McAdams | Ignazio J. Ruvolo |

# EXHIBIT O

| | |
|---|---|
| **From:** | Sandra Chan |
| **To:** | Sbehnia@littler.com; aspurchise@littler.com |
| **Cc:** | khammett@littler.com; VShaub@littler.com; KHammett@littler.com; CKing@littler.com; Warren Postman; Tom Kayes; Ashley Keller; Michelle Kay Camp |
| **Subject:** | RE: Uber Arbitrations: REMINDER TO PAY INITIAL RETAINERS FOR PRELIMINARY HEARING ACTIVITIES |
| **Date:** | Wednesday, November 14, 2018 11:51:17 AM |
| **Attachments:** | image001.png |
| | Uber Arbs 081318 - Retainer Reminder 111418.xlsx |

Dear Counsel,

This is a friendly reminder to remit the initial retainers for preliminary hearing activities in the matters referenced in the attached spreadsheet so that we could proceed with scheduling with the arbitrators.

Thank you and please do not hesitate to contact me directly for further assistance.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
Two Embarcardoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

# EXHIBIT P

| | |
|---|---|
| **From:** | Behnia, Sophia |
| **To:** | Warren Postman; Spurchise, Andrew M. |
| **Cc:** | Tom Kayes; Ashley Keller |
| **Subject:** | RE: Arbitrator retainers |
| **Date:** | Tuesday, November 13, 2018 7:05:52 PM |

Yes, Uber plans to pay the remaining retainers imminently.

**From:** Warren Postman [mailto:wdp@kellerlenkner.com]
**Sent:** Tuesday, November 13, 2018 1:58 PM
**To:** Behnia, Sophia; Spurchise, Andrew M.
**Cc:** Tom Kayes; Ashley Keller
**Subject:** Arbitrator retainers

Hi Sophia,

JAMS has informed us that Uber has paid arbitrator retainers for only 6 of the initial 47 arbitrations. Does Uber plan to pay the remaining retainers imminently? If not, what is Uber's basis for selectively proceeding with only a fraction of them?

Best,

**Warren D. Postman**
Partner

**Keller | Lenkner**

1300 I Street, N.W., Suite 400E | Washington, D.C. 20005
202.749.8334 | Website | Email

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

# EXHIBIT Q

| | |
|---|---|
| **From:** | Sandra Chan |
| **To:** | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com |
| **Cc:** | CKing@littler.com |
| **Subject:** | Uber Arbitrations: REQUESTS FOR FILING FEES |
| **Date:** | Monday, September 17, 2018 11:06:31 AM |
| **Attachments:** | Uber Arbitrations - 09.17.18.xlsx<br>Arbitration Fee Schedule.pdf |

Dear Counsel:

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters.  All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.
Pursuant to the request of Uber, deposit requests have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12**[th] **year in a row in** *The Recorder's* **2018 "Best of" list.**

U.S.  |  International  |  LinkedIn  |  Twitter

| | |
|---|---|
| **From:** | Sandra Chan |
| **To:** | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com |
| **Cc:** | CKing@littler.com |
| **Subject:** | RE: Uber Arbitrations: REQUESTS FOR FILING FEES |
| **Date:** | Tuesday, September 25, 2018 1:01:25 PM |
| **Attachments:** | Uber Arbitrations - 09.25.18.xlsx<br>Arbitration Fee Schedule.pdf |

Dear Counsel:

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet. We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters. All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees. You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,

-



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12**[th] **year in a row in** *The Recorder's* **2018 "Best of" list.**

**U.S.** | **International** | **LinkedIn** | **Twitter**

| | |
|---|---|
| **From:** | Sandra Chan |
| **To:** | mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com |
| **Cc:** | CKing@littler.com; Hammett, Kristine F.; wdp@kellerlenkner.com; tk@kellerlenkner.com; ack@kellerlenkner.com |
| **Subject:** | Uber Arbitrations |
| **Date:** | Tuesday, October 2, 2018 2:26:24 PM |
| **Attachments:** | Filing Fees Reminder - 10.02.18.xlsx |

Dear Counsel,

This is a friendly reminder that the filing fees in the matters referenced in the attached spreadsheet are still outstanding.  We appreciate your prompt payment and offer a variety of convenient online options: E-check and credit card. We accept Visa, MasterCard, American Express, and Discover (US Dollars only).  Please note that for all credit card payments, there is a 2.238% service fee plus a charge of $.30 cents per transaction. While you will be paying your account with JAMS, Inc., the full amount of the fee collected is passed along to Paystand as the provider of this service.

Please click on the link below to select your online payment options:
Paystand link: Click Here

***Please note we recommend using Chrome, Safari or Firefox to run this program; unfortunately we have noticed some issues with Internet Explorer.***

Thank you.

Best Regards,

-



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12**[th] **year in a row in** *The Recorder's* **2018 "Best of" list.**

**U.S.** | **International** | **LinkedIn** | **Twitter**

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com; ack@kellerlenkner.com |
| Cc: | VShaub@littler.com; KHammett@littler.com; CKing@littler.com |
| Subject: | Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 8.13.18) |
| Date: | Thursday, October 4, 2018 10:36:02 AM |
| Attachments: | Arbitration Fee Schedule.pdf |
| | Uber Arbitrations - Filing Fees Inv. 10.04.18.xlsx |

Dear Counsel,

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters.  All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,

–



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12th year in a row in *The Recorder's* 2018 "Best of" list.**

**U.S. | International | LinkedIn | Twitter**

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com; ack@kellerlenkner.com |
| Cc: | VShaub@littler.com; KHammett@littler.com; CKing@littler.com |
| Subject: | Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 09.05.18) |
| Date: | Friday, October 5, 2018 1:34:45 PM |
| Attachments: | Uber Arbitrations - 09-05-2018.xlsx<br>Arbitration Fee Schedule.pdf |

Dear Counsel,

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters.  All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,

-



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12th year in a row in *The Recorder's* 2018 "Best of" list.**

**U.S.** | **International** | **LinkedIn** | **Twitter**

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com; ack@kellerlenkner.com |
| Cc: | VShaub@littler.com; KHammett@littler.com; CKing@littler.com |
| Subject: | Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 09.18.18) |
| Date: | Monday, October 8, 2018 2:22:25 PM |
| Attachments: | Arbitration Fee Schedule.pdf |
| | Uber Arbitrations - 09-18-2018.xlsx |

Dear Counsel,

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters.  All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,

-



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12th year in a row in *The Recorder's* 2018 "Best of" list.**

**U.S.** | **International** | **LinkedIn** | **Twitter**

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com; ack@kellerlenkner.com |
| Cc: | VShaub@littler.com; KHammett@littler.com; CKing@littler.com |
| Subject: | Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 09.28.18) |
| Date: | Tuesday, October 9, 2018 3:07:31 PM |
| Attachments: | Uber Arbitrations - 09-28-2018.xlsx |
| | Arbitration Fee Schedule.pdf |

Dear Counsel,

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters.  All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12th year in a row in** *The Recorder's* **2018 "Best of" list.**

**U.S.** | **International** | **LinkedIn** | **Twitter**

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com; ack@kellerlenkner.com |
| Cc: | VShaub@littler.com; KHammett@littler.com; CKing@littler.com |
| Subject: | Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 10.8.18) |
| Date: | Wednesday, October 10, 2018 2:40:33 PM |
| Attachments: | Uber Arbitrations - 10-08-2018.xlsx |
|  | Arbitration Fee Schedule.pdf |

Dear Counsel,

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters.  All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,

–



**Sandra Chan**
ADR Consultant

Two Embarcadero Center
Suite 1500
San Francisco, CA  94111
**P:** 415.774.2611
**F:** 415.982.5287

**JAMS was named the top ADR provider in the Bay Area for the 12th year in a row in** *The Recorder's* **2018 "Best of" list.**

**U.S.** | **International** | **LinkedIn** | **Twitter**

| **From:** | Sandra Chan |
|---|---|
| **To:** | Sbehnia@littler.com; aspurchise@littler.com |
| **Cc:** | CKing@littler.com; Hammett, Kristine F.; wdp@kellerlenkner.com; tk@kellerlenkner.com; ack@kellerlenkner.com; VShaub@littler.com; mkc@kellerlenkner.com |
| **Subject:** | RE: Uber Arbitrations |
| **Date:** | Monday, October 15, 2018 3:36:16 PM |
| **Attachments:** | Uber Arbitrations - 08.13.18 (Filing Fee Reminder 101518).xlsx |
| | Uber Arbitrations - 09-05-2018.xlsx |
| | Uber Arbitrations - 09-18-2018.xlsx |

Dear Counsel,

This is a friendly reminder that the filing fees in the matters referenced in the attached spreadsheets are still outstanding.  We appreciate your prompt payment and offer a variety of convenient online options: E-check and credit card. We accept Visa, MasterCard, American Express, and Discover (US Dollars only).  Please note that for all credit card payments, there is a 2.238% service fee plus a charge of $.30 cents per transaction. While you will be paying your account with JAMS, Inc., the full amount of the fee collected is passed along to Paystand as the provider of this service.

Please click on the link below to select your online payment options:
Paystand link: Click Here

***Please note we recommend using Chrome, Safari or Firefox to run this program; unfortunately we have noticed some issues with Internet Explorer.***

Thank you.

Best Regards,


**Sandra Chan**
ADR Consultant



**Local Solutions. Global Reach.**<sup>TM</sup>
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111
P: 415-774-2611   |   F: 415-982-5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

| | |
|---|---|
| **From:** | Sandra Chan |
| **To:** | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com; ack@kellerlenkner.com |
| **Cc:** | VShaub@littler.com; KHammett@littler.com; CKing@littler.com |
| **Subject:** | Uber Arbitrations: REQUESTS FOR FILING FEES (Demands Filed on 10.15.18) |
| **Date:** | Wednesday, October 17, 2018 3:06:43 PM |
| **Attachments:** | Uber Arbitrations - 10-15-2018.xlsx |

Dear Counsel,

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet. We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters. All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees. You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, invoices have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,

**Sandra Chan**
ADR Consultant



**Local Solutions. Global Reach.**<sup>TM</sup>
Two Embarcadero Center, Suite 1500
San Francisco, CA  94111
P: 415-774-2611   |   F: 415-982-5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com |
| Cc: | CKing@littler.com; VShaub@littler.com; KHammett@littler.com |
| Subject: | RE: Uber Arbitrations: REQUESTS FOR FILING FEES for All Demands for Arbitration Filed on 10/22/18 |
| Date: | Wednesday, October 24, 2018 3:05:28 PM |
| Attachments: | image001.png |

Dear Counsel:

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters. All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, deposit requests have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*** *TM*
Two Embarcardoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

| From: | Sandra Chan |
|---|---|
| To: | Warren Postman; Tom Kayes; Michelle Kay Camp; Ashley Keller; Behnia, Sophia; Spurchise, Andrew M. |
| Cc: | Shaub, Vicki; Hammett, Kristine F.; King, Caitlin E. |
| Subject: | FW: Uber Arbitrations: INVOICES FOR FILING FEES (Demands Filed on 8.13.18) |
| Date: | Thursday, November 1, 2018 12:06:07 PM |
| Attachments: | image001.png |
| | Uber Arbitrations - 33 Invoices Paid on 11-1-18.xlsx |
| | Uber Arbitrations - 216 Invoices Paid on 11-1-18 (002).xlsx |

Dear Counsel,

This will confirm that JAMS has received the filing fees in the matters referenced in the attached spreadsheet.  JAMS will commence these arbitrations and provide the parties with lists of available arbitrators and strike lists.

Please do not hesitate to contact me should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*<sup>TM</sup>**
Two Embarcardoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

| From: | Sandra Chan |
|---|---|
| To: | wdp@kellerlenkner.com; tk@kellerlenkner.com; mkc@kellerlenkner.com; Sbehnia@littler.com; aspurchise@littler.com |
| Cc: | CKing@littler.com; VShaub@littler.com; KHammett@littler.com |
| Subject: | Uber Arbitrations; REQUESTS FOR FILING FEES for All Demands for Arbitration Filed on 11/06/18 |
| Date: | Monday, November 12, 2018 9:29:53 AM |
| Attachments: | image001.png |
| | Arbitration Fee Schedule.pdf |

Dear Counsel:

Please be advised that JAMS has received requests for arbitration in the matters referenced in the attached spreadsheet.  We are, however, missing the NON-REFUNDABLE filing fee of $1,500 for each demand, made payable to JAMS.

Until the Filing Fee is received we will be unable to proceed with the administration of these matters. All deadlines under the applicable rules are stayed until the Filing Fees are received.

Case Management Fees will be assessed at 12% of the arbitrator's Professional Fees.  You may refer to the enclosed Fee Schedule for further details.

Pursuant to the request of Uber, deposit requests have been issued for each of the demands referenced in the attached spreadsheet and will be sent under separate cover to Uber.

Please do not hesitate to contact me directly should you have any questions.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*** *TM*
Two Embarcadoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.

| | |
|---|---|
| **From:** | Sandra Chan |
| **To:** | Sbehnia@littler.com; aspurchise@littler.com |
| **Cc:** | khammett@littler.com; VShaub@littler.com; KHammett@littler.com; CKing@littler.com; Warren Postman; Tom Kayes; Ashley Keller; Michelle Kay Camp |
| **Subject:** | Uber Arbitrations: Request for Filing Fees for Demands for Arbitrations Filed on 8/13/18, 9/5/18, 9/18/18, 9/28/18, 10/8/18, 10/15/18, 10/22/18, and 10/30/18 |
| **Date:** | Wednesday, November 14, 2018 11:34:51 AM |
| **Attachments:** | image001.png |
| | Uber Arbs - 081318 Demands (Filing Fees Remind.111418).xlsx |
| | Uber Arbitrations - 09-05-2018.xlsx |
| | Uber Arbitrations - 09-18-2018.xlsx |
| | Uber Arbitrations - 09-28-2018.xlsx |
| | Uber Arbitrations - 10-08-2018.xlsx |
| | Uber Arbitrations - 10-15-2018.xlsx |
| | Uber Arbitrations - 10-22-2018.xlsx |
| | Uber Arbitrations - 10-30-2018.xlsx |

Dear Counsel,

This is a friendly reminder to remit the filing fees in the matters referenced in the attached spreadsheets so that we could commence the arbitrations.

Please do not hesitate to contact me directly for further assistance.

Best Regards,



**Sandra Chan**
ADR Consultant

**JAMS - *Local Solutions. Global Reach.*$^{TM}$**
Two Embarcadoer Center | Suite 1500 | San Francisco, CA  94111
P: 415.774.2611 | F: 415.982.5287
**www.jamsadr.com**

Follow us on **LinkedIn** and **Twitter**.