STEPHEN G. LARSON (SBN 145225)
slarson@larsonobrienlaw.com
RC HARLAN (SBN 234279)
rcharlan@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 South Flower Street, Suite 4400
Los Angeles, CA 90071
Telephone: 213.436.4888
Facsimile: 213.623.2000

Attorneys for Petitioners
MARCIANO ABADILLA, et al

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARCIANO ABADILLA, et al., <br><br> Petitioners, <br><br> v. <br><br> UBER TECHNOLOGIES, INC., <br><br> Respondents. | Case No.  3:18-cv-07343-KAW <br><br> **NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. CV 3:18-CV-07343-KAW; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED, PURSUANT TO CIVIL L.R. 7-11** |

1    **I.    INTRODUCTION**

2         Petitioners respectfully submit this Notice of Related Case pursuant to Civil

3    L.R. 3-12 and the required Administrative Motion to Consider Whether Cases

4    Should be Related pursuant to Civil L.R. 7-11, to consider whether the matter

5    *Abadilla, et al. v. Uber Techs., Inc., et al.*, No. 3:18-cv-07343 ("*Abadilla*") should

6    be related to *O'Connor, et al. v. Uber Techs., Inc., et al.*, 3:13-cv-03826-EMC

7    ("*O'Connor*").  The *Abadilla* action concerns substantially the same parties,

8    transactions and events at issue in *O'Connor*.  The Petitioners in the *Abadilla* action

9    are similar to the plaintiffs in *O'Connor* in that they both allege that the same party

10   (Uber) has classified the same type of workers (Uber drivers) in a manner that

11   violates the same or similar laws (the FLSA and various state labor codes).  In

12   *Abadilla*, as in *O'Connor*, the rides provided by Uber drivers and the relationship

13   between Uber and its drivers will be at issue.  Finally, judicial economy and

14   efficiency means the Court should determine the cases are related; otherwise, there

15   is a significant risk of the duplication of efforts, increased burden on the courts of

16   the District, and expense of the parties.

17   **II.    APPLICABLE STANDARD UNDER CIVIL L.R. 3-12**

18        Under Civil Local Rule 3-12, an "action is related to another when: (1) the

19   actions concern substantially the same parties, property, transaction or event, and

20   (2) it appears likely that there will be an unduly burdensome duplication of labor

21   and expense or conflicting results if the cases are conducted before different

22   Judges." Civil L.R. 3-12(a).

23        Whenever a party knows or believes that an action may be related to an

24   action which is or was pending in the Northern District, said party "must promptly

25   file in the earliest-filed case an Administrative Motion to Consider Whether Cases

26   Should be Related, pursuant to Civil L.R. 7-11." Civil L.R. 3-12(b). That motion

27   must include: "(1) The title and case number of each apparently related case; (2) A

28   brief statement of the relationship of the actions according to the criteria set forth in

1  Civil L.R. 3-12(a)."

2  **III.    *ABADILLA, ET AL.* IS RELATED TO *O'CONNOR***

3         As this Court is aware, there are a number of pending cases that have already

4  been related to *O'Conn*or, including:

5         • *In re Uber FCRA Litigation*, 3:14-cv-05200-EMC;

6         • *Gilette v. Uber Technologies, Inc.*, 3:14-cv-05241-EMC;

7         • *Ehret v. Uber Technologies, Inc.*, 3:14-cv-00113-EMC;

8         • *Yucesoy, et al. v. Uber Technologies, Inc.*, 3-15-cv-03667-EMC;

9         • *Fisher v. Uber Technologies, Inc.*, 3:15-cv-03774-EMC;

10        • *Johnston v. Uber Technologies, Inc.*, 3:16-cv-03134-EMC; and

11        • *Diva Limousine, Ltd. v. Uber Technologies, Inc.*, 3:18-cv-05546-EMC

12  Though these related cases involve different plaintiffs and different causes of

13  action, they have been designated as related because they involve common

14  questions concerning the relationship between Uber and its drivers.

15        Just as in the above related cases, the *Abadilla* and *O'Connor* actions fit

16  directly within the definition of "Related Cases" under the Local Rules.  Both parts

17  of the definition of a related case apply here for two reasons.  First, both actions

18  "concern substantially the same parties, property, transaction or event."  Civil L.R.

19  3-12(a)(1).  Uber is a defendant in both cases.  Moreover, the focus of both actions

20  is the same: whether Uber drivers are misclassified as independent contractors.  To

21  be sure, Petitioners here are not identical to the plaintiffs in *O'Connor*, but

22  complete overlap of parties is not required to find a case related.  Indeed, this Court

23  has previously related class actions brought by consumers as well as drivers where

24  the same unlawful conduct was at issue in both instances.  *O'Connor*, ECF No. 73

25  (Feb. 12, 2014 Related Case Order) (relating *Ehret v. Uber Technologies, Inc.*,

26  3:14-cv-00113-EMC, a consumer class action brought under California's Unfair

27  Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*).

28

Second, there will be a "burdensome duplication of labor and expense" if the *Abadilla* and *O'Connor* actions proceed before different courts.  Civil L.R. 3-12(a)(2).  This Court has already conducted a deep factual analysis of Uber's relationship with its drivers.  It has, for example, reviewed how drivers are recruited, hired, trained, assigned rides, paid, and disciplined by Uber.  The same software, applications, driver handbooks, and marketing materials at issue in *Abadilla* are at issue in *O'Connor*.  A different court in this District would lack this Court's familiarity with these common facts, requiring both the court and the parties to expend significant time and resources to duplicate this Court's previous efforts.

## IV.    CONCLUSION

The *Abadilla* action will necessarily require analysis of the same factual and legal issues that this Court has already analyzed in *O'Connor*.  Relating the two actions will promote efficient dispute resolution and judicial economy.  The two cases are therefore related within the meaning of Local Rule 3-12 and should be related.

Respectfully submitted,

Dated: December 5, 2018              LARSON O'BRIEN, LLP

By:  _/s/ Stephen G. Larson_____
      Stephen G. Larson
      Paul Rigali
      RC Harlan

Attorneys for Petitioners
MARCIANO ABADILLA, et al.