STEPHEN G. LARSON (SBN 145225)
*Email: slarson@larsonobrienlaw.com*
PAUL A. RIGALI (SBN 262948)
*Email: prigali@larsonobrienlaw.com*
R.C. HARLAN (SBN 234279)
*Email: rcharlan@larsonobrienlaw.com*
LARSON O'BRIEN LLP
555 S. Flower Street, Suite 4400
Los Angeles, California  90071
Telephone:  (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Petitioners
MARCIANO ABADILLA, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARCIANO ABADILLA, et al.<br><br>　　　　　Petitioners,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Respondent. | Case No. 3:18-cv-07343-EMC<br><br>**PETITIONERS MARCIANO ABADILLA, ET AL.'S AMENDED NOTICE OF MOTION TO COMPEL ARBITRATION**<br><br>Date: January 17, 2019<br>Time: 1:30 p.m.<br>Judge: Hon. Edward M. Chen<br><br>Action Filed: December 5, 2018 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to the Court's December 11, 2018 Related Case Order (Dkt. No. 24), Petitioner's provide the following Amended Notice of Motion to Compel:

**PLEASE TAKE NOTICE** that on Thursday, January 17, 2019 at 1:30 p.m., or as soon thereafter as the matter may be heard in the above court, before the Honorable Edward M. Chen, the district judge assigned to this matter, United States District Court for the Northern District of California, San Francisco Courthouse, Courtroom 5 - 17th Floor, located at 450 Golden Gate Avenue, San Francisco, California 94102, Petitioners will and hereby do move this Court, pursuant to 9 U.S.C. §§ 3 and 4, for an Order to compel Defendant Uber Technologies to arbitrate Petitioners' claims in this action.

This Petition is based on this Amended Notice of Motion, the Memorandum of Points and Authorities filed on December 5, 2018 [Dkt. No. 3], the Declaration of Paul A. Rigali and supporting exhibits filed on December 5, 2018 [Dkt. Nos. 3-1 through 3-5], the [Proposed] Order filed on December 5, 2018 [Dkt No. 3-6], all records on file with this Court, and such other and further oral and written arguments as may be presented at, or prior to, the hearing on this matter.

Dated: December 12, 2018         LARSON O'BRIEN LLP

By: */s/ Stephen G. Larson*
         STEPHEN G. LARSON
         PAUL A. RIGALI
         R.C. HARLAN

Attorneys for Petitioners
MARCIANO ABADILLA, et al.