| STEPHEN G. LARSON, ESQ.<br>LARSON O'BRIEN LLP<br>555 SOUTH FLOWER STREET, SUITE 4400<br>LOS ANGELES, CA 90071<br>ATTORNEY FOR: PLAINTIFF | (213) 493-7830 | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION | | |
| PLAINTIFF:<br>MARCIANO ABADILLA, ET AL. | | |
| DEFENDANT:<br>UBER TECHNOLOGIES, INC. | | |
| REFERENCE NO.:<br>12187078673 | **PROOF OF SERVICE** | CASE NUMBER:<br>3:18-CV-07343 |

At the time of service I was at least eighteen years of age and not a party to this action, and I served copies of the:

SUMMONS IN A CIVIL ACTION; PETITION FOR ORDER COMPELLING ARBITRATION; PETITIONERS MARICIANO ABADILLA, ET AL.'S MOTION TO COMPEL ARBITRATION; DECLARATION OF PAUL RIGALI IN SUPPORT OF MOTION TO COMPEL ARBITRATION; [PROPOSED] ORDER GRANTING PETITIONER'S MOTION TO COMPEL ARBITRATION; CIVIL COVER SHEET; NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO. CV 3:18-CV-07343-KAW; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF ELECTRONIC FILING DATED 12/05/2018; PETITIONERS' DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE; PETITIONERS' CERTIFICATE OF INTERESTED ENTITIES OR PERSONS; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; ORDER REASSIGNING CASE TO THE HONORABLE RICHARD SEEBORG; NOTICE OF ELECTRONIC FILING DATED 12/07/2018; ECF REGISTRATION CONFIRMATION; NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (BLANK); REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT UBER TECHNOLOGIES, INC.'S OPPOSITION TO MARCIANO ABADILLA'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; RELATED CASE ORDER; NOTICE OF ELIGIBILITY FOR VIDEO RECORDING; CIVIL STANDING ORDER - GENERAL U.S. DISTRICT JUDGE EDWARD M. CHEN; CIVIL STANDING ORDER ON DISCOVERY - U.S. DISTRICT JUDGE EDWARD M. CHEN; GUIDELINES FOR TRIAL IN CIVL CASES (JURY AND BENCH); CIVIL PRETRIAL INSTRUCTIONS

in the within action by personally delivering true copies thereof to the person served as follows:

| | | |
|---|---|---|
| Served | : | UBER TECHNOLOGIES, INC. |
| By serving | : | ALBERT DAMONTE, AGENT FOR SERVICE |
| Address | : | CT CORPORATION SYSTEM<br>818 WEST 7TH STREET, SUITE 930<br>LOS ANGELES, CA 90017 |
| Date of Service | : | DECEMBER 14, 2018 |
| Time of Service | : | 1:00PM |



County Legal & Notary Service
111 North Market Street, Suite 116
San Jose, CA 95113
Telephone: (408) 564-7360
Registered in Santa Clara County
Registered California Process Server No. 1410
Registered California Professional Photocopier No. 071

The fee for service was:
Person serving:  GIL LE PERSONNIC
I am a registered California process server.
Registration No.: 201309231240050
County: LOS ANGELES

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   DECEMBER 15, 2018             Signature: _____

                                                    GIL LE PERSONNIC