KEITH A. JACOBY, Bar No. 150233
kjacoby@littler.com
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
Telephone:   310.553.0308
Facsimile:   310.553.5583

ANDREW M. SPURCHISE, Bar No. 245998
aspurchise@littler.com
KEVIN R. VOZZO, Bar No. 288550
kvozzo@littler.com
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York  10022.3298
Telephone:   212.583.9600
Facsimile:   212.832.2719

SOPHIA BEHNIA, Bar No. 289318
sbehnia@littler.com
EMILY E. O'CONNOR, Bar No. 279400
eoconnor@littler.com
LITTLER MENDELSON, P.C.
333 Bush Street, 34th Floor
San Francisco, California  94104
Telephone:   415.433.1940
Facsimile:   415.399.8490

Attorneys for Respondent
UBER TECHNOLOGIES, INC.

*[Additional counsel listed on next page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIANO ABADILLA, ET AL., <br><br> Petitioners, <br><br> v. <br><br> UBER TECHNOLOGIES, INC. <br><br> Respondent. | Case No.  3:18-cv-07343-EMC <br><br> **STIPULATION TO CONTINUE HEARING ON MOTION TO COMPEL ARBITRATION AND BRIEFING SCHEDULE; [PROPOSED] ORDER** <br><br> Complaint Filed: December 5, 2018 <br> Trial Date:  None set |

LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
310.553.0308

STIPULATION TO CONTINUE HEARING
AND BRIEFING SCHEDULE

Case No. 3:18-cv-07343-EMC

STEPHEN G. LARSON, Bar No. 145225
slarson@larsonobrienlaw.com
PAUL A. RIGALI, Bar No. 262948
prigali@larsonobrienlaw.com
R.C. HARLAN, Bar No. 234279
rcharlan@larsonobrienlaw.com
LARSON O'BRIWN LLP
555 S. Flower Street, Suite 4400
Los Angeles, CA  90071
Telephone:     213.436.4888
Facsimile:     213.623.2000

Attorneys for Petitioners
MARCIANO ABADILLA, et al.

Pursuant to Civil Local Rule 7-12, Petitioners Marciano Abadilla, et al. (collectively "Petitioners") and Respondent Uber Technologies, Inc. ("Uber") (Petitioners and Respondent are collectively referred to as the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on December 5, 2018, Petitioners filed a Petition To Compel Arbitration (Dkt. 1);

WHEREAS, on December 5, 2018, Petitioners filed a Motion To Compel Arbitration (Dkt. 3);

WHEREAS, on December 14, 2018, Petitioners served the Petition via personal service;

WHEREAS, on December 17, 2018, this Court set the hearing on Petitioners' Motion to Compel Arbitration for January 17, 2019 at 1:30 p.m.;

WHEREAS, on December 18, 2018, Respondent's counsel entered their appearance in this matter;

WHEREAS, Respondent has notified Petitioner that, absent an order continuing the hearing and setting a briefing schedule, Respondent calculates the initial due date for its opposition brief as December 28, 2018 and the initial due date for Petitioners' reply brief as January 4, 2019;

WHEREAS, the Parties have met and conferred regarding the briefing schedule and hearing date on Petitioners' Motion To Compel Arbitration, and stipulate to the relief requested herein;

NOW THEREFORE, the Parties respectfully request that the Court ORDER as follows:

1. Respondent's deadline to oppose Petitioners' Motion To Compel Arbitration is continued to January 14, 2019;

2. Petitioners' deadline to file a reply in support of their Motion To Compel Arbitration is continued to January 24, 2019; and

3. The hearing on Petitioners' Motion To Compel Arbitration is continued from January 17, 2019 to February 7, 2019 at 10:30 a.m.[1]

**IT IS SO STIPULATED.**

---

[1] Respondent's counsel is not available at 1:30 p.m. on February 7, 2019.

Dated:  December 20, 2018

                                              */s/ Sophia Behnia*
                                              SOHPIA BEHNIA
                                              LITTLER MENDELSON, P.C.
                                              Attorneys for Respondent
                                              UBER TECHNOLOGIES, INC.

Dated:  December 20, 2018

                                              */s/ R.C. Harlan*
                                              R.C. HARLAN
                                              LARSON O'BRIEN LLP
                                              Attorneys for Petitioners
                                              MARCIANO ABADILLA, et al.

## ATTESTATION OF FILER

I, Sophia Behnia, attest that concurrence in the filing of this document has been obtained from R.C. Harlan, which shall serve in lieu of his signature on this document.

Dated this 20th day of December, 2018.

                                              */s/ Sophia Behnia*
                                              SOPHIA BEHNIA

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. Respondent's deadline to oppose Petitioners' Motion To Compel Arbitration is January 14, 2019;

2. Petitioners' deadline to file a reply in support of their Motion To Compel Arbitration is January 24, 2019; and

3. The hearing on Petitioners' Motion To Compel Arbitration is continued from January 17, 2019 to February 7, 2019 at 10:30 a.m.

Dated: _____, 2018

The Honorable Edward M. Chen
United States District Judge

FIRMWIDE:161267848.1 073208.1653