STEPHEN G. LARSON (SBN 145225)
Email:  slarson@larsonobrienlaw.com
PAUL A. RIGALI (SBN 262948)
Email:  prigali@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
Email:  rcharlan@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 S. Flower Street, Suite 4400
Los Angeles, California  90071
Telephone:   (213) 436-4888
Facsimile:    (213) 623-2000

Attorneys for Petitioners
MARCIANO ABADILLA, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| MARCIANO ABADILLA, et al.,<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Respondent. | Case No. 3:18-CV-07343-EMC<br><br>**DECLARATION OF PAUL RIGALI IN SUPPORT OF MOTION FOR RELIEF FROM CIVIL LOCAL RULE 16-2 AND ADR LOCAL RULE 3-3(a), AND FOR AN ORDER REMOVING THIS MATTER FROM THE ADR MULTI-OPTION PROGRAM**<br><br>*[Filed concurrently with Petitioners' Motion for Relief]*<br><br>Date: March 14<br>Time: 1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Action filed: December 5, 2018 |

**DECLARATION OF PAUL A. RIGALI**

I, Paul A. Rigali, hereby declare and state as follows:

1. I am an attorney licensed to practice law in the California, and I am a partner at the law firm of Larson O'Brien LLP, counsel of record in this matter. I have personal knowledge of the facts stated herein, except where stated otherwise, and if called upon as a witness, I could and would testify competently thereto.

2. This declaration is submitted in support of Petitioners' Motion For Relief From Civil Local Rule 16-2 and ADR Local Rule 3-3(A), and for an Order Removing this Matter from the ADR Multi-Option Program.

3. Attached as **Exhibit A** is a true and correct copy of an email I received on January 23, 2019 from Kevin Vozzo, an attorney at Littler, who represents Uber Technologies, Inc. in this matter.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 1st day of February, 2019, at Los Angeles, California.


/s/ *Paul A. Rigali*
PAUL A. RIGALI

# EXHIBIT A

# RC Harlan

| | |
|---|---|
| **From:** | Vozzo, Kevin R. <KVozzo@littler.com> |
| **Sent:** | Wednesday, January 23, 2019 2:09 PM |
| **To:** | Stephen G. Larson; Paul A. Rigali; RC Harlan |
| **Cc:** | Jacoby, Keith A.; Spurchise, Andrew M.; Behnia, Sophia |
| **Subject:** | Abadilla ADR Certification |
| **Attachments:** | Abadilla ADR Certification.pdf |

All:

As you may know, *Abadilla* was assigned to the Northern District's ADR Program.  As a result, we need to file the attached form, certifying that we've discussed and considered ADR options.  Given the parties' prior discussions, we're not inclined to agree to an ADR method at this point, so we intend to indicate that we prefer to discuss ADR options at the next case management conference.  Please let us know if you have any questions, or if you'd like to discuss.

Kevin

**Kevin Vozzo, Attorney At Law**
212.497.6850 direct   415.307.5945 mobile   KVozzo@littler.com
900 Third Avenue | New York, NY 10022-3298

 | littler.com
Employment & Labor Law Solutions Worldwide

-------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.