1  STEPHEN G. LARSON (SBN 145225)
   *slarson@larsonobrienlaw.com*
2  PAUL A. RIGALI (SBN 262948)
   *prigali@larsonobrienlaw.com*
3  R.C. HARLAN (SBN 234279)
   *rcharlan@larsonobrienlaw.com*
4  LARSON O'BRIEN LLP
   555 S. Flower Street, Suite 4400
5  Los Angeles, CA  90071
   Telephone:   (213) 436-4888
6  Facsimile:    (213) 623-2000

7  Attorneys for Petitioners
   MARCIANO ABADILLA, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARCIANO ABADILLA, et al.<br><br>Petitioners,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Respondent. | Case No. 3:18-cv-07343-EMC<br><br>**[PROPOSED] ORDER GRANTING PETITIONERS' MOTION FOR RELIEF FROM CIVIL LOCAL RULE 16-2 AND ADR LOCAL RULE 3-3(a), AND FOR AN ORDER REMOVING THIS MATTER FROM THE ADR MULTI-OPTION PROGRAM**<br><br>*[Filed concurrently with Petitioners' Motion for Relief; Declaration of Paul A. Rigali]*<br><br>Date: March 14, 2019<br>Time: 1:30 p.m.<br>Courtroom: 5 – 17th Floor<br>Judge: Hon. Edward M. Chen<br><br>Complaint Filed: December 5, 2018<br>Trial Date: None set |

[PROPOSED] ORDER
CASE NO. 3:18-CV-07343-EMC

Petitioners moved this Court for an Order Relieving Petitioners from the Civil Local Rule 16-2 and ADR Local Rule 3.3(a)'s automatic referral of this Case to the Northern District of California's Alternative Dispute Resolution Multi-Option Program ("Motion").  The Court, having considered the motion and supporting papers, any opposition, reply, or other submissions of the parties, the arguments by counsel, and any other material properly before the Court, and for GOOD CAUSE shown, hereby grants the Motion and orders as follows:

- *Marciana Abadilla, et al. v. Uber Technologies, Inc.*, Case No. 3:18-cv-07343-EMC is removed from the Northern District of California's Alternative Dispute Resolution Multi-Option Program, and
- Uber's request for an order requiring submission of ADR Certifications bearing the signatures of all 12,501 Petitioners (ECF No. 68) is denied.

**IT IS SO ORDERED.**

Dated: February 4, 2019

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE