| | |
|---|---|
| 1 | KEITH A. JACOBY, Bar No. 150233 |
| | kjacoby@littler.com |
| 2 | LITTLER MENDELSON, P.C. |
| | 2049 Century Park East, 5th Floor |
| 3 | Los Angeles, CA  90067.3107 |
| | Telephone:    310.553.0308 |
| 4 | Facsimile:     310.553.5583 |
| 5 | ANDREW M. SPURCHISE, Bar No. 245998 |
| | aspurchise@littler.com |
| 6 | KEVIN R. VOZZO, Bar No28850 |
| | kvozzo@littler.com |
| 7 | LITTLER MENDELSON, P.C. |
| | 900 Third Avenue |
| 8 | New York, New York  10022.3298 |
| | Telephone:    212.583.9600 |
| 9 | Facsimile:     212.832.2719 |
| 10 | SOPHIA BEHNIA, Bar No. 289318 |
| | sbehnia@littler.com |
| 11 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 12 | San Francisco, California  94104 |
| | Telephone:    415.433.1940 |
| 13 | Facsimile:     415.399.8490 |
| 14 | Attorneys for Respondent |
| | UBER TECHNOLOGIES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCIANO ABADILLA, ET AL., | | Case No.  3:18-cv-07343-EMC |
| Petitioners, | | **NOTICE OF WITHDRAWAL OF APPEARANCE OF KEVIN R. VOZZO AS ATTORNEY OF RECORD** |
| v. | | |
| UBER TECHNOLOGIES, INC. | | Complaint Filed: December 5, 2018 |
| Respondent. | | Trial Date:  None set |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Kevin R. Vozzo is no longer associated with Littler Mendelson, P.C. as of March 29, 2019.  Therefore, Mr. Vozzo's appearance is hereby withdrawn as counsel of record for Respondent in this matter, and he should be removed from the service list.  All other attorneys at Littler Mendelson, P.C. who are currently listed as counsel of record shall remain counsel of record and should not be removed from the service list.

Dated:  March 28, 2019

    /s/ Kevin R. Vozzo
KEVIN R. VOZZO
LITTLER MENDELSON, P.C.
Attorneys for Respondent
UBER TECHNOLOGIES, INC.

FIRMWIDE:163362893.1 073208.1653

LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, CA  90067.3107
310.553.0308

NOTICE OF WITHDRAWAL OF COUNSEL     2.     Case No. 3:18-cv-07343-EMC

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that attorney Kevin R. Vozzo is no longer associated with Littler Mendelson, P.C. as of March 29, 2019.  Therefore, Mr. Vozzo's appearance is hereby withdrawn as counsel of record for Respondent in this matter, and he should be removed from the service list.  All other attorneys at Littler Mendelson, P.C. who are currently listed as counsel of record shall remain counsel of record and should not be removed from the service list.

Dated:  March 28, 2019

    /s/ Kevin R. Vozzo
KEVIN R. VOZZO
LITTLER MENDELSON, P.C.
Attorneys for Respondent
UBER TECHNOLOGIES, INC.

FIRMWIDE:163362893.1 073208.1653