STEPHEN G. LARSON (SBN 145225)
Email: slarson@larsonobrienlaw.com
PAUL A RIGALI (SBN 262948)
Email: prigali@larsonobrienlaw.com
R.C. HARLAN (SBN 234279)
Email: rcharlan@larsonobrienlaw.com
LARSON O'BRIEN LLP
555 S. Flower Street, Suite 4400
Los Angeles, California 90071
Telephone:  (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Petitioners
MARCIANO ABADILLA, et al.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MARCIANO ABADILLA, et al.,<br><br>        Petitioners,<br><br>    v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>        Respondent. | Case No. 3:18-CV-07343-EMC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Hon. Edward M. Chen<br>Courtroom: 5 – 17th Floor<br><br>Action filed: December 5, 2018 |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioners voluntarily dismiss, without prejudice, their Petition (ECF No. 1) against Defendant Uber Technologies, Inc.  Uber has not yet filed an answer or a motion for summary judgment.  *See* Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: May 8, 2019                         LARSON O'BRIEN LLP

By: */s/ R.C. Harlan*
   Stephen G. Larson (SBN No. 145225)
   R.C. Harlan (SBN No. 234279)
   555 South Flower Street, Suite 4400
   Los Angeles, CA 90071
   Telephone: (213) 436-4888
   Facsimile: (213) 623-2000

   Attorneys for Petitioners
   MARCIANO ABADILLA, et al.